Adam Hosmer-Henner, Esq. (NSBN 12779)
Philip Mannelly, Esq. (NSBN 14236)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Maurice Baskin (DCBN 248898)
*Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 842-3400
mbaskin@litter.com

*Attorneys for Plaintiffs*

MICHAEL DREZNER
Trial Attorney
Civil Division, Federal Programs Branch
V.A. Bar No. 83836
1100 L. St. NW
Washington, D.C., 20005
(202) 514-4505
Michael.L.Drezner@usdoj.gov

*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nevada Chapter of the Associated General Contractors of America, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Marty Walsh, Secretary of the United States Department of Labor, <br><br> Defendant. | Case No. 3:21-cv-00430-MMD-CLB <br><br> **JOINT STIPULATION ON BRIEFING SCHEDULE** |

Plaintiffs seek judicial review of an administrative decision by Defendant. The parties agree that the claim raised in this action may be adjudicated by the Court through cross-motions for summary judgment and submission of the Defendant's Administrative Record regarding the agency action being challenged. Accordingly, pursuant to Local Rule 16-1(c)(1), which

provides that actions for review on an administrative record shall be governed by the entry of a briefing schedule, the parties stipulate as follows:

### I.     The Administrative Record

The parties have conferred and agree as to the following schedule concerning the Administrative Record. Defendant will provide Plaintiffs' counsel a copy of the Certified Administrative Record maintained by Defendant by January 28, 2022. Defendant will also file the Certified Administrative Record with the Court by that date. The parties agree that because this matter will be adjudicated pursuant to the instant record, no discovery will be required in this case.

### II.    Briefing Schedule

Pursuant to Local Rule 16-1(c)(1), the parties agree to the following briefing schedule:

| Date | |
|---|---|
| February 25, 2022: | Plaintiffs file their Motion for Summary Judgment |
| March 25, 2022: | Defendant files its combined Response and Motion to Dismiss/Cross-Motion for Summary Judgment. The deadline to respond to Plaintiffs' Complaint by Answer or Motion will also be extended to this date. |
| April 15, 2022: | Plaintiffs file their combined Response and Reply |
| May 6, 2022: | Defendant files its Reply |

Respectfully submitted this 19th day of January 2022.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:     January 20, 2022

//
//
//
//

2

| | |
|---|---|
| McDONALD CARANO LLP | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| /s/ *Philip Mannelly*<br>Adam Hosmer-Henner, Esq. (NSBN 12779)<br>Philip Mannelly, Esq. (NSBN 14236)<br>100 W. Liberty Street, 10th Floor<br>Reno, Nevada 89501<br>(775) 788-2000 | BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>*/s/ Michael L. Drezner*<br>MICHAEL L. DREZNER<br>Trial Attorney |
| Maurice Baskin (DCBN 248898)<br>*Admitted Pro Hac Vice*<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 842-3400 | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

4871-5928-2442, v. 1

3