MICHAEL DREZNER
Trial Attorney
Civil Division, Federal Programs Branch
V.A. Bar No. 83836
1100 L. St. NW
Washington, D.C., 20005
(202) 514-4505
Michael.L.Drezner@usdoj.gov

*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nevada Chapter of the Associated General Contractors of America, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Marty Walsh, Secretary of the United States Department of Labor, <br><br> Defendant. | Case No. 3:21-cv-00430 <br><br> **JOINT STIPULATION ON BRIEFING SCHEDULE AND PAGE EXTENSION** |

On April 15, 2022, Plaintiffs filed their First Amended Complaint in this matter. *See* ECF Nos. 24, 25. Pursuant to LR IA 6-2 and LR 7-1, the parties stipulate as follows:

**I.   Briefing Schedule and Page Extension**

In order to ensure an efficient resolution of this matter, the parties agree that the previously-filed Plaintiffs' Motion for Summary Judgment, ECF No. 18, and Defendant's Cross-Motion to Dismiss, or in the Alternative, for Summary Judgment, ECF Nos. 20 and 22, will apply to the First Amended Complaint. The prior briefing schedule entered in this matter, ECF No. 15, will also continue to govern. Accordingly, Defendant will file its Reply on May 6, 2022.

In order for Defendant to address the First Amended Complaint, the parties agree on an extension of the page limit for Defendant's Reply, such that the Reply may be up to 25 pages in length.

//

//

Respectfully submitted this 20th day of April 2022.

McDONALD CARANO LLP

/s/ Philip Mannelly
Adam Hosmer-Henner, Esq. (NSBN 12779)
Philip Mannelly, Esq. (NSBN 14236)
100 W. Liberty Street, 10th Floor
Reno, Nevada 89501
(775) 788-2000

Maurice Baskin (DCBN 248898)
*Admitted Pro Hac Vice*
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 842-3400

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ Michael L. Drezner
MICHAEL L. DREZNER
Trial Attorney

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 21, 2022

2